**LINK:**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:01-CV-00153-GAF (SGLx) | Date | July 29, 2009 |
|---|---|---|---|
| Title | Michelle J Abu-Assal v. Maged L Abu-Assal, et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         **(In Chambers)**

## ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

Plaintiffs are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

> ☒        The docket reflects that **Plaintiffs are not actively pursuing this matter**. Plaintiffs can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.

Plaintiffs must respond to this order within 20 days.  **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.