JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE J. ABU-ASSAL, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MAGED L. ABU-ASSAL, aka DR. MAGED L. ABU-ASSAL, et al.,<br><br>           Defendants. | CASE NO. EDCV-01-0153-GAF (SGLx)<br><br>JUDGMENT<br><br>COURTROOM: 740<br>JUDGE:    Gary A. Feess |

    IT IS HEREBY ADJUDGED, ORDERED AND DECREED that plaintiff Michelle Abu-Assal recover from defendant Maged L. Abu-Assal the sum of $24,132,575.70 with interest accruing from the date of judgment as permitted by law.

DATED: February 19, 2010

_____
HONORABLE GARY A. FEESS

- 1 -

JUDGMENT