William P. Tooke, Esq.; SBN 155398
MIRAU, EDWARDS, CANNON, LEWIN
& TOOKE, A Professional Corporation
1806 Orange Tree Lane, Suite C
P.O. Box 9058
Redlands, California 92375
(909) 793-0200; Facsimile: (909) 793-0790
Email: wtooke@mechlaw.com

Attorneys for Plaintiff, MICHELLE J. ABU-ASSAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHELLE J. ABU-ASSAL,<br><br>         Plaintiff,<br><br>    vs.<br><br>MAGED L. ABU-ASSAL, *et al.*,<br><br>         Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No. EDCV 01-0153 GAF (SGLx)<br><br>**APPLICATION FOR RENEWAL OF JUDGMENT**<br><br>Judge: Hon. Gary A. Feess<br>Courtroom: 740<br><br>*Now Assigned to Inactive Judge* |

    1.    The applicant is Michelle Abu-Assal. Her address is c/o of William P. Tooke, Mirau, Edwards, Cannon, Lewin & Tooke, P.O. Box 1806, Orange Tree Lane, Suite C, Redlands, CA 92375.

    2.    The judgment debtor is Maged L. Abu-Assal. The last known address for Maged was c/o of R. Gibson Pagter, Jr., Esq., Pagter and Miller, 525 N. Cabrillo Park Dr., Suite 104, Santa Ana, CA 92701.

    3.    The original judgment in this case, case no. 5:01-cv-00153-GAF-SGLx was entered on February 22, 2010 in favor of plaintiff Michelle Abu-Assal and

against Maged L. Abu-Assal in the sum of $24,132,575.70 with interest accruing from the date of judgment as permitted by law. The judgment has not been previously renewed and has not expired. A copy of said judgment is attached hereto and current value of the judgment is detailed below.

**RENEWAL OF MONEY JUDGMENT:**

| | |
|---|---|
| Total Original Judgment Amount | $24,132,575.70 |
| Credits after judgment | -0- |
| Annual Interest Rate: | 10% |
| Interest Per Day After Judgment: | $6,611.66 |
| Number of Days Since Judgment Date: | 2,913 |
| Total Interest Accumulated Since Judgment Date: | $19,259,765.58 |
| Total Renewed Judgment: | $43,392,341.28 |
| Terms of Judgment: | 10 years |

DATED: February 12, 2018

MIRAU, EDWARDS, CANNON, LEWIN & TOOKE, a Professional Corporation

By: _____
William Tooke, Esq.
Attorneys for Plaintiff Michelle J. Abu-Assal

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE J. ABU-ASSAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAGED L. ABU-ASSAL, aka DR. MAGED L. ABU-ASSAL, et al.,<br><br>Defendants. | CASE NO. EDCV-01-0153-GAF (SGLx)<br><br>JUDGMENT<br><br>COURTROOM: 740<br>JUDGE:    Gary A. Feess |

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that plaintiff Michelle Abu-Assal recover from defendant Maged L. Abu-Assal the sum of $24,132,575.70 with interest accruing from the date of judgment as permitted by law.

DATED: February 19, 2010

_____
HONORABLE GARY A. FEESS

- 1 -

JUDGMENT

# PROOF OF SERVICE

Re: *Michelle J. Abu-Assal v. Maged L. Abu-Assal, et al.*
US District Court, Central District, Case No. EDCV 01-0153GAF (SGLx)

I am employed in the County of San Bernardino, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 1806 Orange Tree Lane, P.O. Box 9058, Redlands, California 92375.

On February 13, 2018, I served true and correct copies of the within document(s) described as **Application for Renewal of Judgment**, on the interested parties in this action, addressed below:

Maged L. Abu-Assal
c/o of R. Gibson Pagter, Jr., Esq.
Pagter and Miller
525 N. Cabrillo Park Dr., Suite 104
Santa Ana, CA 92701

R. Gibson Pagter, Jr., Esq.
Pagter and Miller
525 N. Cabrillo Park Dr., Suite 104
Santa Ana, CA 92701

[X] **BY MAIL** - By placing the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage thereon fully prepaid at Redlands, California.

[X] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 13, 2018, at Redlands, California.

*/s/ Dee Norman*
Dee Norman