William P. Tooke, Esq.; SBN 155398
MIRAU, EDWARDS, CANNON, LEWIN
& TOOKE, A Professional Corporation
1806 Orange Tree Lane, Suite C
P.O. Box 9058
Redlands, California 92375
(909) 793-0200; Facsimile: (909) 793-0790
Email: wtooke@mechlaw.com

Attorneys for Plaintiff, MICHELLE J. ABU-ASSAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHELLE J. ABU-ASSAL,<br><br>    Plaintiff,<br><br>vs.<br><br>MAGED L. ABU-ASSAL, *et al*.,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIM | Case No. EDCV 01-0153 GAF (SGLx)<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>Judge: Hon. Gary A. Feess<br>Courtroom: 740<br><br>***Now Assigned to Inactive Judge*** |

The original judgment in this case, case no. 5:01-cv-00153-GAF-SGLx was entered on February 22, 2010 in favor of plaintiff Michelle Abu-Assal and against Maged L. Abu-Assal is hereby renewed in the amount of $43,392,341.28 which is broken down as follows:

///

///

///

| | | |
|---|---|---|
| Total Original Judgment Amount | | $24,132,575.70 |
| Credits after judgment | | -0- |
| Annual Interest Rate: | | 10% |
| Interest Per Day After Judgment: | | $6,611.66 |
| Number of Days Since Judgment Date: | | 2,913 |
| Total Interest Accumulated Since Judgment Date: | | $19,259,765.58 |
| Total Renewed Judgment: | | <u>$43,392,341.28</u> |

DATED: February 27, 2018    CLERK, U.S. District Court
Central District of California

s/ J. Remigio
Deputy